**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ALBERT DIXON,                      :   No. 1 WAL 2024

           Respondent            :

                                    :   Petition for Allowance of Appeal

                                    :   from the Order of the Superior Court

           v.                        :

                                    :

CARMEN WALLACE,              :

                                    :

           Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 8th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.